| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT A. PADWAY, ESQ. (48439)<br>COOPER, WHITE & COOPER<br>201 California Street, 17th Floor<br>San Francisco, California 94111 | (415) 433-1900 | |
| Attorneys for: CAL-PAL, INC. | Ref. No. Or File No.<br>W2495236 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CAL-PAL, INC.

Defendant:
CALIFORNIA POLICE YOUTH CHARIITES, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1991 JCS |
|---|---|---|---|---|

I, Evelyn Pettengell, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT TO MAGISTRATE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; USDC/SF - OFFICE HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Plaintiff           : CALIFORNIA POLICE YOUTH CHARIITES, INC.

By Serving     : SEAN EATON, Office Manager on behalf of CHRIS EATON, Agent for Service of Process

Address        : 3800 Watt Avenue, Suite 125, Sacramento, CA 95821
Date & Time  : Thursday, April 17, 2008 @ 12:50 p.m.
Witness fees were : Not applicable.

Person serving:
Evelyn Pettengell
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2003-45
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2008             Signature: _Evelyn Pettengell_
                                              Evelyn Pettengell


Printed on recycled paper