| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROBERT A. PADWAY, ESQ. (48439)<br>COOPER, WHITE & COOPER<br>201 California Street, 17th Floor<br>San Francisco, California  94111 | (415) 433-1900 | |
| Attorneys for:  CAL-PAL, INC. | Ref. No. Or File No.<br>W2495236 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CAL-PAL, INC.

Defendant:
CALIFORNIA POLICE YOUTH CHARIITES, INC.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-1991  JCS |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On April 17, 2008, I served the within:

SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT TO MAGISTRATE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT; USDC/SF - OFFICE HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

CALIFORNIA POLICE YOUTH CHARIITES, INC.
3800 Watt Avenue, Suite 125
Sacramento, CA 95821

CHRIS EATON, Agent for Service of Process

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2008        Signature: _____
                                        Scott Simons



Judicial Council form, rule 982(a) (23)