

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

June 10, 2008

Matthew C. Jaime
Matheny Sears Linkert & Jaime, LLP
3638 American River Drive
Sacramento, CA 95853-4711

**Re:    CAL PAL INC  v. CALIFORNIA POLICE YOUTH CHARITIES INC**
C08-01991 (JCS)

Dear Counsel:

  This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

  The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

  A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **June 24, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

             Sincerely,

             RICHARD W. WIEKING

             By: Karen L.Hom
               Deputy Clerk

Attachments

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    CAL PAL INC,                              No.  C 08-01991 JCS
8              Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
9         v.
10   CALIFORNIA POLICE YOUTH
     CHARITIES INC,
11
12            Defendant(s).
13   _____/
14       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16   in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17   Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18   final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19   Appeals for the Ninth Circuit
20
21   Dated: _____          _____
22                                            Signature
23                                            Counsel for _____
24                                            (Name or party or indicate "pro se")
25
26
27
28

**United States District Court**
For the Northern District of California

2

1
2
3
4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6

7    CAL PAL INC,                              No.  C 08-01991 JCS

8            Plaintiff(s),
                                               **DECLINATION TO PROCEED BEFORE**
9        v.                                    **A MAGISTRATE JUDGE**
                                                          **AND**
10   CALIFORNIA POLICE YOUTH                   **REQUEST FOR REASSIGNMENT TO A**
     CHARITIES, INC,                           **UNITED STATES DISTRICT JUDGE**
11

12           Defendant(s).
     _____/
13

14

15        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

16        The undersigned party in the above-captioned civil matter hereby declines to consent to the

17   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

18   requests the reassignment of this case to a United States District Judge.

19

20

21   Dated: _____          _____
22                                            Signature

23                                            Counsel for _____
                                              (Name or party or indicate "pro se")
24

25

26

27

28

United States District Court
For the Northern District of California