UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAL-PAL, INC.

        Plaintiff(s),

v.

CALIFORNIA POLICE YOUTH CHARITIES, INC.

        Defendant(s).

No. C 08-01991 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 24, 2008

Signature: /s/ Matthew-Jaime

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MATTHEW C. JAIME, ESQ. (SBN 140340)
3638 American River Drive
Sacramento, California 95853-4711
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, CALIFORNIA POLICE YOUTH CHARITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL-PAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA POLICE YOUTH CHARITIES, INC., <br><br> Defendants. | Case No. CV-08-1991-JCS <br><br> Assigned to Honorable Joseph C. Stero <br><br> **CERTIFICATE OF SERVICE RE DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

  I am a citizen of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3638 American River Drive, Sacramento, California 95864.

  On this date, I served:

**1. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

  ____ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

  ____ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

///

1

**XXX   BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Sacramento, California addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

____   **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the address(es) on the next business day.

____   **BY PERSONAL DELIVERY:** by causing personal delivery by ** of the document(s) listed above to the person(s) at the address(es) set forth below.

**Counsel for Plaintiff**

Robert A. Padway
Cooper, White & Cooper
201 California Street, 17th Floor
San Francisco, CA  94111
Tele:   (415) 433-1900
Fax:    (415) 433-5530
E-Mail:  rpadway@cwclaw.com

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed this __24th___ day of June, at Sacramento, California.


__/s/ Dawnice-Siff_____

CERTIFICATE OF SERVICE RE DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE