United States District Court
For the Northern District of California

1
2
3
4                             UNITED STATES DISTRICT COURT
5                            NORTHERN DISTRICT OF CALIFORNIA
6  CAL PAL INC,                                  No. C-08-01991 JCS
7              Plaintiff(s),                     NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED
8        v.                                      STATES DISTRICT COURT JUDGE
9  CA POLICE YOUTH CHARITIES INC,
10             Defendant(s).
                                            /
11
12     The Clerk of this Court will now randomly reassign this case to a United States District
13 Judge because either:
14     [X]  One or more of the parties has requested reassignment to a United States District Judge
15 or has not consented to the jurisdiction of a United States Magistrate Judge, or
16     []  One or more of the parties has sought a type of judicial action (e.g., a temporary
17 restraining order) that a United States Magistrate Judge may not take without the consent of all
18 parties, the necessary consents have not been secured, and time is of the essence.
19     ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
20 SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE
21 JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..
22
23 Dated: June 24, 2008
                                            Richard W. Wieking, Clerk
24                                          United States District Court
25                                          _____
                                            By: Karen L. Hom
26                                          Deputy Clerk
27 cc: Intake
28