UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAL-PAL, Inc.

     Plaintiff(s),

   v.

California Police Youth Charities, Inc.

     Defendant(s).

CASE NO. 3:08-cv-1991

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
 request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 24, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert A. Padway | Pltf CAL-PAL, Inc. | 415 765-6206 | rpadway@cwclaw.com |
| Matthew C. Jaime | Deft California Police Youth Charities, Inc. | 916 978-3434 | mjaime@mathenyscars.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 07/14/2008

                      Attorney for Plaintiff

Dated: 7/15/08

                      Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."