UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cal-Pal, Inc.

     Plaintiff(s),

    v.

California Police Youth Charities, Inc.

     Defendant(s).
_____/

Case No. 08-01991 PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7-18-08            [Party]

Dated: 7/22/08           [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

1  Law Offices of
   **MATHENY SEARS LINKERT & JAIME, LLP**
2  MATTHEW C. JAIME, ESQ. (SBN 140340)
   3638 American River Drive
3  Sacramento, California  95853-4711
   Telephone:    (916) 978-3434
4  Facsimile:    (916) 978-3430

5  Attorneys for Defendant, CALIFORNIA POLICE
   YOUTH CHARITIES, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CAL-PAL, INC.,                          | Case No.  CV-08-1991-PJH
12 |                                         | Assigned to Honorable Phyllis J. Hamilton
                Plaintiff,
13 |                                         | **CERTIFICATE OF SERVICE RE ADR
        v.                                   | CERTIFICATION BY PARTIES AND
14 |                                         | COUNSEL**
   CALIFORNIA POLICE YOUTH
15 CHARITIES, INC.,

16              Defendants.

17

18        I am a citizen of the United States and employed in Sacramento County.  I am over the

19 age of eighteen years and not a party to the within entitled action.  My business address is

20 3638 American River Drive, Sacramento, California 95864.

21        On this date, I served:

22
   **1. ADR CERTIFICATION BY PARTIES AND COUNSEL**
23

24 ____   **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s)
          set forth below on this date before 5:00 p.m.
25

26 ____   **BY HAND:**  by personally delivering the document(s) listed above to the person(s) at the
          address(es) set forth below.
27 ///

28 ///

                                                1
   *CERTIFICATE OF SERVICE RE ADR CERTIFICATION BY PARTIES AND COUNSEL*

**XXX  BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Sacramento, California addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

____  **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the address(es) on the next business day.

____  **BY PERSONAL DELIVERY:** by causing personal delivery by ** of the document(s) listed above to the person(s) at the address(es) set forth below.

**Counsel for Plaintiff**

Robert A. Padway
Cooper, White & Cooper
201 California Street, 17th Floor
San Francisco, CA  94111
Tele:   (415) 433-1900
Fax:    (415) 433-5530
E-Mail:  rpadway@cwclaw.com

    I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

    Executed this  22nd  day of July, at Sacramento, California.

                                __/s/ Dawnice-Siff_____

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME, LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864