UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date:  July 24, 2008   JUDGE:  Phyllis J. Hamilton

Case No:  C-08-1991  PJH

Case Name: Cal Pal, Inc. v. California Police Youth Charities, Inc.

Attorney(s) for Plaintiff:     Robert A. Padway
Attorney(s) for Defendant:    Matthew Jaime

**Deputy Clerk**:  Nichole Heuerman         **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held.  The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed by December 1, 2008.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:  2/25/09**
**Expert disclosure: 1/7/09**
**Expert discovery cutoff: 2/25/09**
**Dispositive Motions heard by: 4/8/09**
**Pretrial Conference: 7/16/09 at 2:30 p.m.**
**Trial: 8/10/09  at  8:30 a.m., for  days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: file; ADR**