# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Cal-Pal, Inc., <br><br>             Plaintiff(s), <br><br>     v. <br><br> California Police Youth Charities, Inc., <br><br>             Defendant(s). | 08-01991 PJH MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **James Gilliland**
> Townsend and Townsend and Crew LLP
> 2 Embarcadero Center, 8th Floor
> San Francisco, CA 94111
> 415-576-0200

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01991 PJH MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 5, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01991 PJH MED                          - 2 -