UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA POLICE ACTIVITIES
LEAGUE, aka CAL-PAL and
CALIFORNIA PAL,

    Plaintiff,

    v.

CALIFORNIA POLICE YOUTH
CHARITIES, INC.,

    Defendant.
_____/

No. C 08-1991 PJH

**ORDER VACATING HEARING DATE**

The court has reviewed the papers filed to date in support of and in opposition to plaintiff's motion for leave to amend the complaint, and finds the motion appropriate for decision without oral argument. Accordingly, the court will decide the motion on the papers, and will issue a written decision. The date for the hearing, previously set for Wednesday, January 7, 2009, is VACATED.

**IT IS SO ORDERED.**

Dated: December 18, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge