UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA POLICE ACTIVITIES
LEAGUE aka CAL-PAL and
CALIFORNIA PAL,

        Plaintiff,                        No. C 08-1991 PJH

    v.                                 **ORDER**

CALIFORNIA POLICE YOUTH
CHARITIES, INC.,

        Defendant.
_____/

       Plaintiff California Police Activities League filed this action on April 16, 2008, and filed a motion for leave to amend the complaint on December 2, 2008. The court granted the motion on January 6, 2009. Thereafter, plaintiff failed to file the first amended complaint (which had been filed on December 12, 2008, as a *proposed* first amended complaint).

       On January 21, 2009, defendant filed a motion to dismiss. Before the court can rule on the motion to dismiss, plaintiff must file the first amended complaint. Accordingly, plaintiff is ORDERED to file the first amended complaint no later than February 25, 2009.

**IT IS SO ORDERED.**

Dated: February 24, 2009

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge