Dale C. Campbell, State Bar No. 99173
W. Scott Cameron, State Bar No. 229828
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Matthew C. Jaime, State Bar No. 140340
**MATHENY SEARS LINKERT & JAIME, LLP**
3638 American River Drive
Sacramento, California   95864
(916) 978-3434 – Main
(916) 978-3430 – Facsimile

Attorneys for Defendant
California Police Youth Charities, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA POLICE ACTIVITIES LEAGUE, aka CAL-PAL AND CALIFORNIA PAL,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA POLICE YOUTH CHARITIES, INC.,<br><br>Defendant. | Case No. 3:08-cv-01991-PJH<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER**<br><br>The Hon. Phyllis J. Hamilton |

This matter came before the Court on the administrative motion of defendant California Police Youth Charities, Inc., pursuant to Local Civil Rule 7-11, to modify the schedule in the Court's July 28, 2008, Case Management and Pretrial Order.

After considering the parties respective arguments in connection with the motion, and good cause appearing therefor:

IT IS HEREBY ORDERED that defendant California Police Youth Charities, Inc.'s administrative motion to modify the Pretrial Order is hereby GRANTED. Accordingly, the Court's July 28, 2008, Case Management and Pretrial Order is hereby modified with the following new dates to replace the corresponding dates in the Pretrial Order:

| | |
|---|---|
| Discovery cut-off date: | July 29, 2009 |
| Expert Discovery cut-off date: | July 29, 2009 |
| Dispositive Motions heard by: | September 9, 2009 |
| Pretrial Conference: | ~~January 13, 2010~~  January 21, 2010 |
| Trial | ~~February 10, 2010~~  February 8, 2010 |

In addition, defendant may disclose one additional expert witness as to the trade secret claim. Said disclosure must include a report conforming to the requirements of Federal Rule of Civil Procedure 26(a)(2)(B) and be filed and served not later than July 1, 2009. Defendant is also authorized to propound on plaintiff California Police Activities League not more than 15 (fifteen) additional interrogatories.

Dated: /8/09

The Honorable Phyllis J. Hamilton
Judge, United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton