BRYAN CAVE LLP
ROBERT A. PADWAY (SBN 48439)
DEBORAH A. GOLDFARB (SBN 241942)
robert.padway@bryancave.com
deborah.goldfarb@bryancave.com
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Plaintiff CAL-PAL, Inc. aka California PAL and the California Police Activities League

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL-PAL, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> California Police Youth Charities, Inc., <br><br> Defendant. | CASE NO.: 3:08-cv-01991-PJH <br><br> [~~PROPOSED~~] <br> JUDGMENT OF DISMISSAL |

Upon stipulation of the parties and pursuant to the parties' confidential Settlement Agreement and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, with no costs or other relief awarded for or against any party other than as provided in the Settlement Agreement; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Settlement Agreement.

September 15, 2009

_____
Phyllis J. Hamilton
U.S. District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton